<u>**DEFENDANT GLADNEY'S NOTICE OF INTENT TO OFFER EXPERT
TESTIMONY REGARDING HIP HOP AND RAP MUSIC**</u>

The Defendant hereby puts the Government on notice that in the event that the Court

determines that the Defendant's rap lyrics are admissible and not unduly prejudicial, the Defense

intends to call Associate Dean andre douglas pond cummings as an expert witness to provide

testimony related to hip hop and rap music.

1.      <u>**Basis for the Testimony.**</u>

Dean cummings is the Associate Dean for Faculty Development at the University of

Arkansas Little Rock Bowen School of Law. Dean cummings teaches several classes including Hip

Hop & the Constitution, Entertainment Law, Policing and the Use of Force, and Progressive

Prosecution. Additionally, Dean cummings coauthored the book Hip Hop & the Law. Additionally,

Dean cummings has represented several hip-hop record labels.  A detailed curriculum vitae

containing all of Dean cummings' experience has been provided to the Government. As a result of

his experiences, Dean cummings is very familiar with the history and culture of hip-hop and rap

music, record labels, and the political and socioeconomic issues often contained in rap lyrics.

2.      <u>**Anticipated Substantive Testimony**</u>

If the Government introduces any lyrics from Gladney's rap music, Dean cummings is

expected to testify to the following:

Dean cummings is expected to testify, based on his education and experience, about the

historical evolution of African American music. This testimony will touch on Jazz, R&B, Hip-Hop,

and Rap, as well as the history of Bagmen, Hitmen, and Criminality in these artistic expressions.

Dean cummings will testify about the fictional personas in rap music and music generally by using

both personal and anecdotal evidence from his professional experiences.

Through his work in entertainment law, Dean cummings is expected to testify regarding

performers often not being the writers of their work and how Hip-hop music is often falsely

considered to be literal while music of other genres containing references to criminal activity are not considered to be literal. Dean cummings is expected to discuss statistical data regarding the use of artistic expressions in trial. Finally, he is expected to provide general rebuttal to any evidence the Governments introduces regarding Gladney's rap lyrics.

If necessary, Dean cummings will provide testimony regarding what little value introducing rap lyrics at a trial offers, especially when the purpose it is being offered for is cumulative. It is expected that Dean cummings will testify to the unreliability of rap lyrics when used for their literal meaning because of artists' tendencies to bolster and exaggerate in order to sell their music.

3.      **Contact Information**

Dean cummings is available to answer questions about his background and experience qualifying him as an expert witness in this case, as well as his anticipated testimony. He may be contacted via email at acummings@ualr.edu.

Affirmed by:

andre douglas pond cummings